# CLAIM & SETTLEMENT OFFER FOR FIXED PRICE SERVICE CONTRACT #W912D1-06-C-0007

## INTRODUCTION

This is an offer for settlement with regard to contract #W912D1-06-C-0007 which is between the US Army Contracting Command SWA-Kuwait ("ARCENT-KU"), and Jasmine Trading & Service Co. ("Jasmine") awarded November 5, 2005, with the period of performance being from November 7, 2005 to February 6, 2006. A copy of the contract is found in Appendix 1. This offer includes reimbursement of lost costs, lost profits and settlement expenses. Jasmine is willing at this time to accept **11156.588 KWD** as full and final settlement.

## BACKGROUND

The subject contract is the result of ARCENT-KU solicitation #W912D1-06-R-0011 issued October 30, 2005. Jasmine was awarded contract #W912D1-06-C-007 with effective date November 5, 2005.

In furtherance of the contract and its preceding negotiations, Jasmine took immediate steps to obtain equipment and supplies, acquire workers, maintain latrines, and all other necessary requirements to perform its obligations, both anticipated and ultimate, to service and clean 617 latrines at Camp Arifjan. Jasmine began performing its duties under contract #W912D1-06-C-0007 .

A request for a quote to service 113 additional portable latrines on Camp Arifjan was verbally given to Jasmine on October 23, 2005 by the Contracting Officer Representative from the Director of Logistics' office. On October 31, 2005, Jasmine emailed a quote for such services to MAJ John Cockerham. (Appendix 2) That same day, MAJ Cockerham sent an email response accepting Jasmine's quote for services and stated: "You may proceed immediately off the current contract we will modify it to cover the 113 GFE port to potties." (Appendix 2)

On November 5, 2005 Jasmine received a verbal notice to proceed, which was confirmed by a written notice to proceed via e-mail, giving Jasmine the authority to begin the service for an additional 113 government owned latrines. (Appendix 3)

On December 29, 2005, Jasmine sent MAJ James Momon a letter that identified all contracts it had on Camp Arifjan. (Appendix 4) On page 2 of this letter, the servicing of 113 government owned latrines is documented and Jasmine states: "We have yet to receive any confirmation on this contract. We are in our second month of providing this service."

Jasmine was told on several occasions that the proper paperwork concerning the additional 113 latrines that were being serviced would be issued shortly. Jasmine never received any amendments to contract W912D1-06-C-0007, and later experienced invoicing problems with the ARCENT-KU finance department. Unfortunately, the contracting officer representative made transit from Camp Arifjan while the modification and payment issues lay unresolved. Jasmine's complaints were then passed to another contracting officer representative who was not given all the details regarding the additional 113 latrines. Therefore, he has very little knowledge of what transpired before he took over and understandably will not sign for any

invoices. In spite of invoicing problems, Jasmine decided to continue to perform the same scope of work stated in contract W912D1-06-C-0007 for the additional 113 latrines until February 6, 2006 (Appendix 5).

TOTAL CLAIM AMOUNT

As demonstrated by invoices submitted as Appendix 2, and in furtherance of the November 5, 2005 verbal and November 8, 2005 written notices to proceed (Appendix 3), the rate of payments were intended to be as follows:

**EXCHANGE RATE WAS $3.46 FOR 1.000 KWD ON MAY 18, 2006**

| | | |
|---|---|---|
| Invoice #G-1001 | $ 9,377.59 | 2,710.286 KWD |
| Invoice #G-1002 | $ 9,690.18 | 2,800.630 KWD |
| Invoice #G-1003 | $ 9,690.18 | 2,800.630 KWD |
| Invoice #G-1004 | $ 1,875.52 | 542.058 KWD |
| **BASE CLAIM:** | **$ 30,633.47** | **8,853.604 KWD** |
| **OTHER COSTS:** | **$** | |
| **SETTLEMENT COSTS:** | **$ 10,000.00** | **2890.173 KWD** |
| **TOTAL CLAIM:** | **$ 40633.47** | **11743.777 KWD** |

***INTEREST PER F.A.R. NEEDS TO BE ALSO PAID BY ARCENT-KU**

OFFER OF SETTLEMENT

Basic contract law allows for reimbursement of costs and lost profits in cases where one party has breached a contract. Here, ARCENT-KU not only breached its contract obligations with Jasmine, but also appears to have terminated the contract for its convenience and/or in response to the proposed debarment of Jasmine.

The FARs allow for reimbursement of costs and lost profits in cases where a contract is terminated for the convenience of the government. FAR Part 49.201(a) states that:

> "A settlement should compensate the contractor fairly for the work done and the preparations made for the terminated portions of the contract, including a reasonable allowance for profit. Fair compensation is a matter of judgment and cannot be measured exactly... The use of business judgment, as distinguished from strict accounting principles, is the heart of a settlement."

This premise has been upheld by the courts. Contract remedies are designed to make the non-breaching party whole. One way to achieve that end is to give the non-breaching party "expectancy damages," *i.e.*, the benefits the non-breaching party expected to receive in the absence of a breach. *Glendale Fed. Bank, FSB v. United States*, 239 F.3d 1374, 1379 (Fed. Cir. 2001), citing Restatement (Second) of Contracts § 344(a) (1981). "The general rule in common law breach of contract cases is to award damages sufficient to place the injured party in as good a position as he or she would have been had the breaching party fully performed." *San Carlos Irrigation & Drainage Dist. v. United States*, 111 F.3d 1557, 1562-63 (Fed. Cir. 1997). Moreover, the damages must have been foreseeable at the time the parties entered the contract, which requires that they "be the natural and proximate result of the breach." *Locke v. United States*, 283 F.2d 521, 526 (Ct. Cl. 1960). It is not the duty of courts to second-guess the terms of a bargained-for exchange. *Aero Spacelines v. United States*, 530 F.2d 324, 354 (Ct. Cl. 1976).

Here, Jasmine met its obligations and fully performed under contract #W912D1-06-C-0007 and invoiced its work accordingly. As a result, it should be allowed full profit allowed under the contract. Jasmine should also be compensated fully for the costs incurred in furtherance of the contract.

Additionally, Jasmine believes that ARCENT-KU discontinued making payments on the contract when Jasmine was given notice of a proposed debarment from the U.S. Army. In a letter dated February 27, 2006, Jasmine was given notice of a proposed debarment from the United States Army Procurement Fraud Branch. Jasmine denies the allegations made in this proposed debarment and has asserted its opposition. Regardless, ARCENT-KU may not discontinue making payments on existing contracts due to a proposed debarment under FAR 9.405-1, which states the following:

> (a) Notwithstanding the debarment, suspension, or proposed debarment of a contractor, agencies may continue contracts or subcontracts in existence at the time the contractor was debarred, suspended, or proposed for debarment unless the agency head directs otherwise. A decision as to the type of termination action, if any, to be taken should be made only after review by agency contracting and technical personnel and by counsel to ensure the propriety of the proposed action.
>
> (b) For contractors debarred, suspended, or proposed for debarment, unless the agency head makes a written determination of the compelling reasons for doing so, ordering activities shall not—
>
> > (1) Place orders exceeding the guaranteed minimum under indefinite quantity contracts;
> >
> > (2) Place orders under optional use Federal Supply Schedule contracts, blanket purchase agreements, or basic ordering agreements; or
> >
> > (3) Add new work, exercise options, or otherwise extend the duration of current contracts or orders.

There is no evidence of an agency head directing ARCENT-KU to discontinue the contract after review by agency contracting and technical personnel or by counsel, nor any written determination specifying any compelling reasons to discontinue the contract.

CONCLUSION

Jasmine fully performed and satisfied its contract obligations under contract #W912D1-06-C-0007 with ARCENT-KU. Jasmine would not have continued to service and maintain an additional 113 government owned latrines for over three months if it did not believe it was under contract to do so. Jasmine was led to believe if it invoiced the work for these latrines under its existing contract, modification paperwork would be provided to ensure payment. ARCENT-KU breached its contract by not paying Jasmine for services it rendered under the contract and has been unjustly enriched. Jasmine is entitled to full compensation for the services it provided and the costs it has incurred to pursue this matter.

For the forgoing reasons, Jasmine seeks **11743.777 KWD**.

CERTIFICATION

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Ferdinand F. Peters, MN Atty Lic. #157041
Lakes & Plains Office Building
842 Raymond Avenue, Suite 201
St. Paul, Minnesota 55114
Phone: (651) 647-6250
Fax: (651) 251-1183
Attorney for Jasmine Trading & Service Co.

# Appendix 1

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W81XRV5301-0401

PAGE 1 OF 18

2. CONTRACT NO.: W912D1-06-C-0007

3. AWARD/EFFECTIVE DATE: 05-Nov-2005

4. ORDER NUMBER:

5. SOLICITATION NUMBER: W912D1-06-R-0011

6. SOLICITATION ISSUE DATE: 30-Oct-2005

7. FOR SOLICITATION INFORMATION CALL: a. NAME: COCKERHAM, JOHN L. MAJ

b. TELEPHONE NUMBER (No Collect Calls): 011-965-389-2136

8. OFFER DUE DATE/LOCAL TIME: 10:00 AM 03 Nov 2005

9. ISSUED BY — CODE: DASA02

ARCENT-KU-CONTRACTING OFFICE
US ARMY CENTRAL COMMAND-KU
ATTN: DIRECTORATE OF CONTRACTING
APO AE 09366

TEL: 389-XXXX

FAX:

10. THIS ACQUISITION IS

[X] UNRESTRICTED

[ ] SET ASIDE: % FOR

[ ] SMALL BUSINESS

[ ] HUBZONE SMALL BUSINESS

[ ] 8(A)

NAICS: 562112

SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED

[ ] SEE SCHEDULE

12. DISCOUNT TERMS: Net 30

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION

[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE:

DOL, SUPPORT OPERATIONS
STEVE CAROZZA
BLDG 134
ARIFJAN 09366

16. ADMINISTERED BY — CODE:

**SEE ITEM 9**

17a. CONTRACTOR/ OFFEROR — CODE: SK726

JASMINE TRADING & SERVICE CO
DIAA AHMED SALEM
P.O. BOX 1900
HAWALLI AE 3219

TEL. 9791066

FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE: S09076

ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
011-965-389-1396
APO AE 09366

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

**See Schedule**

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

**KWD147,982.50**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES

[ ] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE W912D1-06-C-0007

[X] OFFER DATED 05-Nov-2005. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

Raymond S. Strother

31c. DATE SIGNED: 07-Nov-2005

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

Raymond STROTHER / Contracting Officer

TEL: 011-965-389-2331 EMAIL: r

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED)**

PAGE 2 OF 18

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002) BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

**Statement of Work for Servicing Individual Latrine Units (ILU) 617 total**

Each ILU has (2) porcelain toilets, (2) porcelain sinks, (2) porcelain urinals, (2) Liquid Hand Soap Stations, (1) Paper Towel Dispenser and (2) toilet paper holders.

- Contractor shall be responsible for removal of black water from each unit twice on a daily basis, 350 gallons maximum capacity, each unit during the performance period. There are 617 total units: Arifjan (275), Buehring (167), Victory (25), Virginia (150).
- During the period of performance the contractor shall service the ILU's located on Camp Buehring (167), Victory (25), Virginia (150), Arifjan (275), three (3) times a day due to the number of transient soldiers during this period of time.
- Contractor shall be responsible for refilling hand soap dispensers and paper towel dispenser twice on a daily basis.
- Contractor shall be responsible for re-stocking toilet paper in each unit on daily basis. Each unit shall be provided 6 rolls of toilet paper on a daily basis. Contractor must ensure that toilet paper does not get wet upon cleaning and sanitizing of latrine units.
- Contractor shall provide an air freshener, i.e. moth balls as needed for each unit in the urinals.
- Contractor shall scrub toilets inside with a toilet brush and wipe down the outside of the toilets with an approved sanitizing agent twice on a daily basis.
- Contractor shall clean and wipe down sinks and mirrors with an approved sanitizing agent twice on a daily basis.
- Contractor shall mop/scrub down floors and walls inside of each ILU with an approved sanitizing agent twice on a daily basis.
- Contractor shall remove any debris/trash such as cans, bottles, rags, sticks, paper, etc from within and around the outside of the ILUs daily. Trash cans will be emptied daily and a new trash liner installed.
- Each service truck shall be equipped with a storage compartment for collecting debris removed from ILUs during servicing. Hoses used to pump out tanks shall be leak free and pliable. Contractor will be responsible to clean-up any waste spills due to equipment defects.
- Contractor shall dispose of waste and debris materials collected at an offsite location approved by the Kuwaiti Government for such disposal. If contractor is found in violation of this requirement, the contract will be terminated immediately.
- Contractor shall provide all supplies, i.e. toilet paper, paper towels, hand soap, scrub brushes, sanitizers, mops, buckets, brooms, trash can liners, etc required to meet these requirements.
- Contractor shall ensure workers have appropriate documents to get cleared on all camps and can pass the Ali Al Salem Kuwaiti checkpoint. They will be classified as a code 18 on their work Visa or Residency card.
- ILUs are government owned property and fall within BASEOPs support for repairs caused due to Fair Wear and Tear, or abuse. Contractor is not responsible for maintenance. Contractor shall not be responsible for replacing cosmetic items such as trash cans, mirrors, scrub brushes that are being removed from the ILUs by users.
- Contractor shall follow all Kuwait and Coalition Camps Environmental Requirements.

---------------------------------------- End of items----------------------------------------

**Statement of Work for Servicing Sewage Storage Tanks / Latrine Trailers**

Each has (10) porcelain toilets, (4) porcelain sinks, (6) porcelain urinals, (3) Liquid Hand Soap Stations, (3) Paper Towel Dispenser and (10) toilet paper holders.

- ☐ Contractor shall be responsible for removal of dirty water from each unit once a day, during the period of performance. There are 13 sewage storage tanks of various capacities from 500 to 3,000 gallons with a total maximum capacity of 21,500 gallons. Locations will be provided on a map.
- ☐ Contractor shall be responsible for refilling hand soap dispensers and paper towel dispensers once a day.
- ☐ Contractor shall be responsible for re-stocking toilet paper in each unit on a daily basis. Each toilet shall be provided 4 rolls of toilet paper on a daily basis. Contractor shall ensure that toilet paper does not get wet upon cleaning and sanitizing of latrine trailers.
- ☐ Contractor shall provide an air freshener, i.e. moth balls as needed for each unit in the urinals.
- ☐ Contractor shall scrub toilets inside with a toilet brush and wipe down the outside of the toilets with an approved sanitizing agent on a daily basis.
- ☐ Contractor shall clean and wipe down sinks and mirrors with an approved sanitizing agent on a daily basis.
- ☐ Contractor shall mop/scrub down floors and walls inside of each latrine with an approved sanitizing agent on a daily basis.
- ☐ Contractor shall remove any debris/trash such as cans, bottles, rags, sticks, paper, etc from within and around the outside of the latrine trailers daily. Trash cans will be emptied daily and a new trash liner installed.
- ☐ Hoses used to pump out tanks shall be leak free and pliable. Contractor shall be responsible to clean-up any waste spills due to equipment defects.
- ☐ Contractor shall dispose of waste and debris materials collected, at an offsite location approved by the Kuwaiti Government for such disposal. If contractor is found in violation of this requirement, the contract will be terminated immediately.
- ☐ Contractor shall provide all supplies, i.e. toilet paper, paper towels, hand soap, scrub brushes, sanitizers, mops, buckets, brooms, trash can liners, etc required to meet these requirements.
- ☐ Contractor shall ensure workers have appropriate documents to get cleared on all camps and can pass the Ali Al Salem Kuwaiti checkpoint. They will be classified as a code 18 on their work Visa or Residency card.
- ☐ Latrine trailers are government owned property and fall within BASEOPs support for repairs caused due to Fair Wear and Tear, or abuse. Contractor is not responsible for maintenance.
- ☐ Contractor shall not be responsible for replacing cosmetic items such as trash cans, or mirrors that are being removed from the latrine trailers by users.
- ☐ Contractor shall follow all Kuwait and Coalition Camps Environmental Requirements.

---------------------------------------- End of items--------------------------------------------------

## 1. PERFORMANCE INSTRUCTIONS

Start Services **NLT 07 NOV 05**.

**Purchased For:**

DOL Camp ARIFJAN
SFC Blackwell, Terrence
BLDG 306
CAMP ARIFJAN
TEL: 965-980-4874
Alternate
CPT Ruzicka, Stephen
Cell 965-788-2785

## 2. MARKING:

a. **STANDARD Latrine Services**: The service shall be standard practice according to the statement of work.

b. **Vendor Conduct:** Vendors shall conduct themselves in accordance with the regulations of the installation.

**4. TIME OF Services:** Services shall be coordinated with the Requiring Activity within 1 days from date of receipt of order. Performance shall start within 2 calendar days from date of receipt of order.

5. WARRANTED ITEMS: The contractor shall comply with FAR 46.706 Warranty Terms and Conditions and FAR 46.709 Warranties for Services for Commercial Items.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 3 | Months | KWD44,647.50 | KWD133,942.50 |

Cleaning Services ILU Latrines
FFP
Servicing of 617 government-owned Latrines Units located on 4 different camps in Kuwait.
See Statement of Work for servicing latrines.
This contract CLINS is funded by PR&C (W91XRV5301-0401)
The cost for one month of service for 617 latrines = 41,647.5 KWD plus the DOL Assistant SPO CPT Ruzica and SFC Blackwell requested that the cost of sanitized blue solution be added to the contract for smell the cost is 3,000 KD per month.
The total monthly cost of 617 ILU on 4 different camps is 44,647.5 KD per month.
There are two 12 month option periods for CLINS 1 & 2 Reflected in (CLINS 3 , 4 & 5, 6).
PURCHASE REQUEST NUMBER: W91XRV5301-0401

NET AMT KWD133,942.50

ACRN AA Funded Amount $478,366.07

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 3 | Months | KWD4,680.00 | KWD14,040.00 |

Servicing 13 Shower Trailers
FFP
Cleaning of 13 Showers Latrine Trailers as well as removing dirty water on Camp Arifjan. (See Statement of Work).
This contract CLINS is funded by PR&C (W91XRV5301-0401).
The formula is 13 shower trailers times 12.000 KWD per day x 30 days = 4,680 KWD. There are two 12 month option periods for CLINS 1 & 2 Reflected in (CLINS 3 , 4 & 5, 6).
PURCHASE REQUEST NUMBER: W91XRV5301-0401

NET AMT KWD14,040.00

ACRN AA Funded Amount $50,142.86

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 12 | Months | | |
| OPTION | Cleaning Services ILU Latrines | | | | |

FFP

Servicing of 617 government-owned Latrines Units located on 4 different camps in Kuwait.

See Statement of Work for servicing latrines.

This contract CLINS is funded by PR&C (W91XRV5301-0401)

The cost for one month of service for 617 latrines = 41,647.5 KWD plus the DOL Assistant SPO CPT Ruzica and SFC Blackwell requested that the cost of sanitized blue solution be added to the contract for smell the cost is 3,000 KD per month.

The total monthly cost of 617 ILU on 4 different camps is 44,647.5 KD per month.

NET AMT KWD0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 12 | Months | | |
| OPTION | Cleaning 13 Shower Trailers | | | | |

FFP

Cleaning of 13 Showers Latrine Trailers as well as removing dirty water on Camp Arifjan. (See Statement of Work).

This contract CLINS is funded by PR&C (W91XRV5301-0401).

The formula is 13 shower trailers times 12.000 KWD per day x 30 days = 4,680 KWD

NET AMT KWD0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 12 | Months | | |
| OPTION | Cleaning Servicing of 617 ILUs<br>FFP | | | | |

Servicing of 617 government-owned Latrines Units located on 4 different camps in Kuwait.
See Statement of Work for servicing latrines.
This contract CLINS is funded by PR&C (W91XRV5301-0401)
The cost for one month of service for 617 latrines = 41,647.5 KWD plus the DOL Assistant SPO CPT Ruzica and SFC Blackwell requested that the cost of sanitized blue solution be added to the contract for smell the cost is 3,000 KD per month.
The total monthly cost of 617 ILU on 4 different camps is 44,647.5 KD per month.

NET AMT KWD0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 12 | Months | | |
| OPTION | Cleaning 13 Shower Trailers<br>FFP | | | | |

Cleaning of 13 Showers Latrine Trailers as well as removing dirty water on Camp Arifjan. (See Statement of Work).

NET AMT KWD0.00

Funded Amount $0.00

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |

| | | | | |
|---|---|---|---|---|
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | POP 07-NOV-2005 TO 06-FEB-2006 | N/A | DOL, SUPPORT OPERATIONS<br>STEVE CAROZZA<br>BLDG 134<br>ARIFJAN 09366<br>972-7996<br>FOB: Destination | |
| 0002 | POP 07-NOV-2005 TO 06-FEB-2006 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | |
| 0003 | POP 07-FEB-2006 TO 06-FEB-2007 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | |
| 0004 | POP 07-FEB-2006 TO 06-FEB-2007 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | |
| 0005 | POP 07-FEB-2007 TO 06-FEB-2008 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | |
| 0006 | POP 07-FEB-2007 TO 06-FEB-2008 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | |

## ACCOUNTING AND APPROPRIATION DATA

AA: 2162020000076-2084P1351970000254083 2RRMW91XRV530104012RRM83S09076
AMOUNT: $528,508.93

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.217-8 | Option To Extend Services | NOV 1999 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | MAR 2005 |
| 52.232-34 | Payment By Electronic Funds Transfer--Other Than Central Contractor Registration | MAY 1999 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.247-15 | Contractor Responsibility for Loading and Unloading | APR 1984 |

| | | |
|---|---|---|
| 52.247-21 | Contractor Liability for Personal Injury and/or Property Damage | APR 1984 |
| 52.247-27 | Contract Not Affected by Oral Agreement | APR 1984 |
| 52.249-8 Alt I | Default (Fixed-Price Supply and Service) (Apr 1984) - Alternate I | APR 1984 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-11 LIQUIDATED DAMAGES--SUPPLIES, SERVICES, OR RESEARCH AND DEVELOPMENT (SEP 2000)

(a) If the Contractor fails to deliver the supplies or perform the services within the time specified in this contract, the Contractor shall, in place of actual damages, pay to the Government liquidated damages in the amount of the cost of services required per calendar day of delay.

(b) If the Government terminates this contract in whole or in part under the Default--Fixed-Price Supply and Service clause, the Contractor is liable for liquidated damages accruing until the Government reasonably obtains delivery or performance of similar supplies or services. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(c) The Contractor will not be charged with liquidated damages when the delay in delivery or performance is beyond the control and without the fault or negligence of the Contractor as defined in the Default--Fixed-Price Supply and Service clause in this contract.

(End of clause)

52.212-4 CONTRACT TERMS AND CONDITIONS-- COMMERCIAL ITEMS (OCT 2003)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement or any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include--

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic
Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.--

(1) Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Central Contractor Registration (CCR). (1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days of the expiration of time within which the Contracting Officer may exercise the option); provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 8 before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 33 months.
(End of clause)

52.246-20 WARRANTY OF SERVICES (MAY 2001)

(a) Definition.

"Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract. The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor within 72 hours and have them sign for notice. This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed. If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

(End of clause)

SPECIAL INSTRUCTIONS
SPECIAL INSTRUCTIONS

## 1. BUYER:

***MAJ John Cockerham ACA-SWA-KUWAIT***
Phone: 965-389-2349
Fax: 965-389-2333
E-mail: John.Cockerham@arifjan.arcent.army.mil

## 2. PERFORMANCE INSTRUCTIONS

Start Services **NLT 07 NOV 05.**

**Purchased For:**

DOL Camp ARIFJAN
SFC Blackwell, Terrence
BLDG 306
CAMP ARIFJAN
TEL: 965-980-4874
Alternate
CPT Ruzicka, Stephen
Cell 965-788-2785

## 3. MARKING:

c. **STANDARD Latrine Services:** The service shall be standard practice according to the statement of work.

d. **Vendor Conduct:** Vendors shall conduct themselves in accordance with the regulations of the installation.

**4. TIME OF Services:** Services shall be coordinated with the Requiring Activity within 1 days from date of receipt of order. Performance shall start within 2 calendar days from date of receipt of order.

5. WARRANTED ITEMS: The contractor shall comply with FAR 46.706 Warranty Terms and Conditions and FAR 46.709 Warranties for Commercial Services.

## 6. RECEIVING OFFICER:

a. The Receiving Officer under this Purchase Order is as follows:

Name: CPT Ruzicka, Stephen
Location: CAMP ARIFJAN
Telephone: Cell: 965-788-2785
Alternate: SFC Blackwell, Terrence Cell: 965-980-4874

b. The Receiving Officer is responsible for inspection and acceptance of services, and preparation of receiving report in block 32 of SF Form 1449. The Receiving Officer is required to make distribution to the following address:

| | |
|---|---|
| Original and 3 copies | 1 Copy |
| (See Block 32a thru 32c, SF Form 1449 | USACC-SWA Kuwait |

for payment office address ARCENT-KU-DOC
CAMP DOHA
APO AE 09889-9900

c. **NOTICE TO CONSIGNEE (KUWAIT):** Upon receipt and acceptance of services, the consignee is responsible for preparing a receiving report on SF1449 or DD Form 250. The consignee is required to complete Block #32a thru 32c of SF1449 or the entire form of DD 250 and distribute of the following addresses:

**1 Copy to:**
USACC-SWA Kuwait
ARCENT-KU-DOC
Camp Arifjan, Kuwait
APO AE 09336
FAX 430-2333

**Original and 3 Copies to:**
ARCENT-KU Finance Support Unit
ATTN: Commercial Accounts
APO AE 09889-9900
FAX: 965-468-5219, Phone 468-2051

d. **CAUTION:** Failure to provide completed SF 1449 or DD Form 250 on a timely basis may result in a loss of discount, in which event the consignee is required to furnish reasons for delay so that proper documentation maybe made to explain the loss.

e. **CONSIGNEE'S NOTIFICATION TO PURCHASING ACTIVITY OF NON-RECEIPT, DAMAGE OR NON-CONFORMANCE:** The Consignee shall notify the Purchasing Office promptly after date of service specified in the purchase order, or services not received, damaged in transit, or not conforming to specifications of the purchase order. Only under extenuating circumstances should such notification be made later than 15 days after specified dated to delivery.

7. **CONTRACTOR INVOICE.** The Contractor must submit 5 copies of each invoice to Department of The Army, HHC, ARCENT-KU, ATTN: Finance, Vendor Pay, APO AE 09889-9900. An additional copy of each invoice is to be submitted to the Contract Administration Office listed in Block 7 of the Delivery Order.

8. **NOTICE TO PAYING OFFICE:** A copy of SF 1449 should be attached to your payment voucher so that the payment information goes to the proper USACC-SWA Kuwait Branch.

9. **PAYMENT:** All requests for payment, invoice, and payment status will be referred to addressee in Block #18a. All problems on payment of accounts will be directed to the same office. Call 965-468-5219 for telephonic inquiries. Payment will be made NET 30 days from date of receipt of invoice in paying office or acceptance of material/services, whichever is later.

ين يوم, هذا يعني ثلاثين يوم من
لحكومة, مطلوب من الكومة
فع نسبة تضاف على الدفة.

ية تحول للاستعمال في دفع
تعهد الدفعات. بطاقة الشراء
ة من مصرف المقاول لاستخدام
المقاول و ليس على الحكومة.
30 يوم بعد ايصال الفاتورة و
ض خصم من تكاليف الفاتورة
دفع بعد 15 يوم بديلا عن 30
يكن مغري للحكومة فيتم
ورة و تقرير الاستلام الحكومي.
كية من الممكن أن تتغير نسبة

## METHOD OF PAYMENT

a. **PROMPT PAYMENT ACT.** The government is required to pay a valid invoice net 30-days. This means 30-days after the receipt of the contractor's invoice and the government's receiving report; the government is required to pay the contractor. If the government delays payment, interest will automatically be added to the contractor's invoice.

b. **GOVERNMENT PURCHASE CARD.** The government wide commercial purchase card is authorized to use in making and/or paying for purchased made under this BPA. Payments shall be made to the extent that the contractor agrees to accept payment. The Government wide Commercial Purchase Card is also called the Government Purchase Card (GPC). The interest rate charged by the contractor's bank for the use of the credit card is the contractor's cost since this rate is dependent on the contractor and not the government.

c. **DISCOUNT FOR PROMPT PAYMENT.** If the contractor desires to be paid quicker than 30-days after the receipt of the invoice and the government's receiving report, the contractor may offer a discount on the invoice charges. For example, the contractor may offer 2% to be paid in 15-days vice 30-days. If the offered discount rate is advantageous to the government, the discount shall be accepted. If the offered discount rate is not advantageous to the government, the discount shall not be accepted and the contractor shall be paid 30-days after the receipt of the contractor's invoice and the government's receiving report. The discount to prompt payment is compared to the U.S. Treasury rate. As the U.S. Treasury rate changes, the offered discount to prompt payment may have to change as well.

# Appendix 2

**Stacie**

---

**From:** Turner [turnerg@jasmine-services.com]
**Sent:** Saturday, March 25, 2006 8:49 AM
**To:** stacie@jasmine-services.com
**Subject:** FW: Quotation for servicing 113 Additional Port-a-Johns

---

**From:** Cockerham, John MAJ ARCENT-KU [mailto:efcockerhamj@arifjan.arcent.army.mil]
**Sent:** Monday, October 31, 2005 1:40 PM
**To:** Gene P. Turner; Ruzicka, Stephen V. CPT ASG-KU DOL Deputy Support Operations
**Cc:** salem.d@jasmine-services.com; jaisonv@jasmine-services.com
**Subject:** RE: Quotation for servicing 113 Additional Port-a-Johns

Thank You

The Government Accepts your quote of .800 fils per latrine per day and the government accepts your start date. You may proceed immediately off the current contract we will modify it to cover the 113 GFE port to potties.

Thanks
Major Cockerham

-----Original Message-----
**From:** Gene P. Turner [mailto:turnerg@jasmine-services.com]
**Sent:** Monday, October 31, 2005 10:54 AM
**To:** Cockerham, John MAJ ARCENT-KU
**Cc:** salem.d@jasmine-services.com; jaisonv@jasmine-services.com
**Subject:** Quotation for servicing 113 Additional Port-a-Johns

Sir,

Jasmine International is pleased to offer the attached quotation for the servicing of 113 additional Portable Latrines on Camp Arifjan. Jasmine International will be prepared to begin operations two days after receiving the notice to proceed. If you have any questions or would like to discuss this matter further, please feel free to contact me anytime.

Sincerely,

**Gene P. Turner**
**Operations Manager**
**Jasmine International**
**turnerg@jasmine-services.com**
**Phone: 965.751.8665**

# Appendix 3

**Stacie**

---

**From:** Turner [turnerg@jasmine-services.com]
**Sent:** Tuesday, February 28, 2006 8:53 AM
**To:** stacie@jasmine-services.com
**Cc:** jaison.v@jasmine-services.com
**Subject:** FW: Notice to proceed

---

**From:** Cockerham, John MAJ ARCENT-KU [mailto:efcockerhamj@arifjan.arcent.army.mil]
**Sent:** Tuesday, November 08, 2005 11:12 AM
**To:** Gene P. Turner; salem.d@jasmine-services.com
**Subject:** Notice to proceed

This is an official Notice to Proceed. You received a verbal on the 5th of NOV 05.

Please send me an official letter stating that you accept the notice to proceed with the verbal on the 5th and another one in writing by email on The 8 NOV 05. Please sign and date and reference the ILU contract number.

Thanks
Major Cockerham

# Appendix 4

**Paulson**

---

**From:** Gene P. Turner [turnerg@jasmine-services.com]
**Sent:** Thursday, December 29, 2005 12:22 PM
**To:** james.momon@arifjan.arcent.army.mil
**Cc:** paulson@jasmine-services.com
**Subject:** Jasmine International Contract Info.

Sir,

I just wanted to drop you this email and pass on the contract information as we discussed the other day. I hope this information helps. If you require any additional info or need to clarify any issues, feel free to contact me anytime.

**Gene P. Turner**
**Operations Manager**
**Jasmine International**
**turnerg@jasmine-services.com**
**Phone: 965.751.8665**

Mr. Gene P. Turner
Operations Manager, Jasmine International
P.O. Box 1077
Laila Tower, 14th floor
Salmiya, Kuwait - 22028

December 28, 2005

Re: Camp Arifjan Contract Information
Jasmine International Trading and Services Co.

MAJ Momon,

The purpose of this letter is to provide you with information regarding our current contracts on Camp Arifjan as well as any outstanding issues we may have in regards to these contracts. I have also provided our company details below for your records.

1. Jasmine International Trading and Service Co. wll
   DUNS# 53515-1054, NCAGE CODE# SK 726
   Salem Al Mubarek St.
   Laila Towers, 14th Floor Office 3
   Salmiya, Kuwait 22028

2. POC: Mr. Gene P. Turner, Operations Manager
   Phone No: 965-751-8665
   Fax No: 965-575-7119

If you require any additional information please feel free to contact me anytime.

Sincerely,

Gene P. Turner
Operations Manager
Jasmine International Trading and Services
www.jasmine-services.com
Ph. 965.751.8665

**Contract Number W912D1-04-P00931**

Portable Latrines/Porta Johns Lease and Maintenance

Period of Performance- 28/09/04 to 01/07/07

This original contract provided for the lease and maintenance of 751 portable latrines on Camp Arifjan. The number of latrines on this contract was reduced to 400 latrines. We were informed by the contracting office and the DOL that this contract was amended to be increased from 400 Latrines to 421 Latrines. We do not have the documentation to support this final amendment. We are currently servicing 421 Portable Latrines on Camp Arifjan, based on this contract.

**Contract Number**

Servicing of 113 Government Owned Portable Latrines on Camp Arifjan

Period of Performance

This contract was awarded verbally by the contracting officer and confirmed by the COR from the DOL's office. We have been told that the paperwork concerning the additional 113 latrines we are servicing would be issued shortly. We have yet to receive any confirmation on this contract. We are in our second month of providing this service.

**Contract Number W912D1-04-P-0992**

Contract for Camp Arifjan Wash Rack Maintenance Zone-II

| | |
|---|---|
| Period of Performance | 13/10/04 to 12/04/05 |
| | 13/04/05 to 12/04/06 |
| | 13/04/06 to 12/04/07 |

This contract provides for the service and maintenance of the Camp Arifjan Zone II Wash Rack. We currently have not outstanding issues with this contract.

**Contract Number W-912D1-06-C-0007**

Cleaning services for 617 ILU Latrines located around the various ASG Kuwait Installations
Cleaning and servicing of 13 Shower Latrine Trailers on Camp Arifjan

| | |
|---|---|
| Period of Performance | 07/11/05 to 06/02/06 |
| | 07/02/06 to 06/02/07 |
| | 07/02/07 to 06/02/08 |

Saimiya - Laila Tower - 14th Floor - Office: 2/3 - P.O.Box: 1077 - PostalCode: 22028 KUWAIT
Voice: +965 5711262 / 5711282 Fax: +965 5757119 E-mail: info@jasmine-services.com

This contract calls for the cleaning and servicing of 617 ILU's located on Camps Arifjan, Beuhring, Virginia and Victory. The breakdown of the ILU's are as follows:

Camp Arifjan: 275
Camp Victory: 25
Camp Virginia: 150
Camp Beuhring: 167

At this time the only issues we have with this contract is the inconsistency with the provision of the potable water for the ILU's. With the responsibility for the fresh water and the removal of the black and grey water falling on two separate companies, it takes some coordination and prior planning in order to ensure the services are being coordinated so the customers don't suffer. We have had trouble in the past ensuring that the ILU's are supplied with fresh water so that our crews will be able to do the proper cleaning as per contract specifications.

**Contract Number W-912D1-05-P-1172**

Provision of Maintenance Equipment for DOL

Purchase Request Number: W81PJH50851000

This contract was issued for the purchase of maintenance equipment for the DOL. The only issue we have at this time with this contract is a problem with the provision of one of the items on the contract. The contract calls for the provision of a 60ft paint booth. After gaining additional information from our supplier we realized that the booth we had offered was not satisfactory and we proposed to offer an alternate booth that would meet the specifications called for in the contract and agreed upon by the DOL POC. We proposed offering this new item at cost due to our previous mistake. I proposal was agreed upon by the contracting officer and the DOL POC. We were informed that a funds increase would be made in order to cover the additional cost of the new paint booth. We are unaware at this time if this funds increase has been completed. All but two items have been delivered and signed off on by the DOL POC. We are still awaiting the arrival of the paint booth and a two post lift.

If you have any additional questions regarding the above contracts or if you require any additional information I will be glad to provide whatever information I can. Thank you for your time and I look forward to working with you in the future.

Gene (Pat) Turner
Operations Manager
Jasmine International Trading and Services
www.jasmine-services.com
Ph. 965.751.8665

Salmiya - Laila Tower - 14th Floor - Office: 2/3 - P.O.Box: 1077 - PostalCode: 22028 KUWAIT
Voice: +965 5711262 / 5711282 Fax: +965 5757119 E-mail: info@jasmine-services.com

# Appendix 5

شركة الياسمين الدولية للتجارة العامة والمقاولات ذ.م.م.
Jasmine International General Trading & Contracting Co - W.L.L

JIT Company

| Name & Address of the Contractor: | INVOICE # G-0001 |
|---|---|
| Jasmine International Trading & Services Co.<br>Laila Tower, 14th Floor Office 3<br>P. O. Box: 1077, Saimiya – 22028, Kuwait<br>Cell: 751-8665, Fax: 575 7119 | **Invoice Date:** 01-Dec-05 |

| Contract Number: | BPA # | Delivery Date: |
|---|---|---|
| W912D1-06-C-0007 | BPA CALL | 01-11-05 thru 30-11-05 |

| Description | Quantity | Unit | Unit Price | Net Amount |
|---|---|---|---|---|
| Service of Government Owned Portable toilet Units (Port-a-Johns) at Camp Arifjan from 1 Nov 05 thru 30 Nov 05. | 113 | Ea. | .800 KD | 90.400 KD |
| **113 Latrines x .800 KD x 30 days** | | | | **2712.000 KD** |
| | **Grand Total** | | | **2712.000 KD** |

**Received & Accepted by:**

| | | | |
|---|---|---|---|
| **Name:** | | **Rank:** | |
| **Unit:** | | **Phone #:** | |
| **Signature:** | | **Date of signature:** | |

| Electronic Fund Transfer (EFT) banking information: | Name/Signature of the Contractor and Date |
|---|---|
| | Stacie L. Dansby<br>Operations Manager<br>Jasmine International<br>28 Feb 06 |

www.jasmine-services.com

السالمية - برج ليلى - دور ١٤ مكتب ٢ /٣ - ص.ب. ١٠٧٧ الرمز البريدي ٢٢٠٢٨، الكويت - هاتف: ٥٧١١٢٦٢/٥٧١١٢٨٢/٥٧٥٩٨٥٩/٥٧٤٧٣٤٧/٥٧٥٧٤٤٢ (٩٦٥+) - فاكس: ٥٧٥٧١١٩ (٩٦٥+)
Saimiya - Laila Tower - 14th Floor Office: 2/3 - P.O.Box 1077 [illegible] 11262 / 5711282/ 5759859/5747347/5757442 - Fax:+965 5757119

شركة الياسمين الدولية للتجارة العامة و المقاولات

JASMINE INTERNATIONAL GEN. TRADING & CONTRACTING CO. W.L.L.

JIT Company

**DAILY LOG SHEET FOR PORT-A-JOHN**
**MONTH OF NOVEMBER- 2005**

| CONTRACT # W912D1-06-C-0007 | | | | LOCATION : Camp Arifjan | | QTY: 113 |
|---|---|---|---|---|---|---|
| **DATE** | **AM** | **PM** | **Tissues** | **Hand sanitaire** | **Ineternal cleaning** | **Inspected by :** |
| 1-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 2-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 3-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 4-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 5-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 6-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 7-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 8-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 9-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 10-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 11-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 12-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 13-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 14-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 15-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 16-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 17-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 18-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 19-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 20-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 21-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 22-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 23-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 24-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 25-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 26-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 27-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 28-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 29-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| 30-Nov-05 | ✓ | ✓ | ✓ | x | ✓ | Sobhan |
| | | | | | | |

Salmiya - Lalla Tower - 14th Floor - Office: 2/3 - P.O.Box: 1077 - PostalCode: 22028 KUWAIT
Voice: +965 5711282 / 5711282 Fax: +965 5757119 E-mail: info@jasmine-services.com

شركة الياسمين الدولية للتجارة العامة والمقاولات ذ.م.م.
**Jasmine International General Trading & Contracting Co - W.L.L**

JIT Company

| **Name & Address of the Contractor:** | **INVOICE # G-0002** | | | |
|---|---|---|---|---|
| Jasmine International Trading & Services Co.<br>Laila Tower, 14th Floor Office 3<br>P. O. Box: 1077, Salmiya – 22028, Kuwait<br>Cell: 751-8665, Fax: 575 7119 | **Invoice Date:** 31-Dec-05 | | | |
| **Contract Number:** | **BPA #** | | **Delivery Date:** | |
| W912D1-06-C-0007 | BPA CALL | | 01-12-05 thru 31-12-05 | |

| **Description** | **Quantity** | **Unit** | **Unit Price** | **Net Amount** |
|---|---|---|---|---|
| Service of Government Owned Portable toilet Units (Port-a-Johns) at Camp Arifjan from 1 Dec 05 thru 31 Dec 05. | 113 | Ea. | .800 KD | 90.400 KD |
| **113 Latrines x .800 KD x 31 days** | | | | **2802.400 KD** |
| | **Grand Total** | | | **2802.400 KD** |

**Received & Accepted by:**

| | | | |
|---|---|---|---|
| **Name:** | | **Rank:** | |
| **Unit:** | | **Phone #:** | |
| **Signature:** | | **Date of signature:** | |

| **Electronic Fund Transfer (EFT) banking information:** | **Name/Signature of the Contractor and Date** |
|---|---|
| | [signature]<br>Stacie L. Dansby<br>Operations Manager<br>Jasmine International<br>28 Feb 06 |

www.jasmine-services.com

شركة الياسمتن الدولية للتجارة العامة والمقاولات

JASMINE INTERNATIONAL GEN. TRADING & CONTRACTING CO. W.L.L.

JIT Company

## DAILY LOG SHEET FOR PORT-A-JOHN
## MONTH OF DECEMBER– 2005

| CONTRACT # W912D1-06-C-0007 | | | | LOCATION : Camp Arifjan | | QTY: 113 |
|---|---|---|---|---|---|---|
| DATE | AM | PM | Tissues | Hand sanitaire | Ineternal cleaning | Inspected by : |
| 1-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 2-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 3-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 4-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 5-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 6-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 7-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 8-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 9-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 10-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 11-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 12-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 13-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 14-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 15-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 16-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 17-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 18-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 19-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 20-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 21-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 22-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 23-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 24-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 25-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 26-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 27-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 28-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 29-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 30-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |
| 31-Dec-05 | ✓ | ✓ | ✓ | ✓ | ✓ | Kumar |

Salmiya - Laila Tower - 14th Floor - Office: 2/3 - P.O.Box: 1077 - PostalCode: 22028 KUWAIT
Voice: +965 5711262 / 5711282 Fax: +965 5757119 E-mail: info@jasmine-services.com

شركة الياسمين الدولية للتجارة العامة والمقاولات ذ.م.م.
Jasmine International General Trading & Contracting Co - W.L.L

Company

| Name & Address of the Contractor: | INVOICE # G-0003 | |
|---|---|---|
| Jasmine International Trading & Services Co.<br>Laila Tower, 14th Floor Office 3<br>P. O. Box: 1077, Salmiya – 22028, Kuwait<br>Cell: 751-8665, Fax: 575 7119 | Invoice Date: 31-Jan-06 | |
| Contract No. and Period of Performance: | BPA # | Delivery Date: |
| W912D1-06-C-0007 | BPA CALL | 01-01-06 thru 31-01-06 |

| Description | Quantity | Unit | Unit Price | Net Amount |
|---|---|---|---|---|
| Service of Government Owned Portable toilet Units (Port-a-Johns) at Camp Arifjan from 1 Jan 06 thru 31 Jan 06 . | 113 | Ea. | .800 KD | 90.400 KD |
| **113 Latrines x .800 KD x 31 days** | | | | **2802.400 KD** |
| | Grand Total | | | 2802.400 KD |

| Received & Accepted by: | | | |
|---|---|---|---|
| Name: | | Rank: | |
| Unit: | | Phone #: | |
| Signature: | | Date of signature: | |

| Electronic Fund Transfer (EFT) banking information: | Name/Signature of the Contractor and Date |
|---|---|
| | [signature]<br>Stacie L. Dansby<br>Operations Manager<br>Jasmine International<br>28 Feb 06 |

www.jasmine-services.com

السالمية - برج ليلى - دور ١٤ مكتب ٢/٣ - ص.ب. ١٠٧٧ الرمز البريدي ٢٢٠٢٨ الكويت - هاتف ٥٧١١٢٦٢/٥٧١١٢٨٢/٥٧٥٩٨٥٩/٥٧٤٧٣٤٧/٥٧٥٧٤٤٢ (٩٦٥+) - فاكس ٥٧٥٧١١٩ (٩٦٥+)
Salmiya - Laila Tower - 14th Floor Office: 2/3 - P.O.Box 1077 Postal Code: 22028 Kuwait - Voice: +965 5711262 / 5711282/ 5759859/5747347/5757442 - Fax +965 5757119
E-mail: info@jasmine-services.com

شركة الياسمتن الدولية للتجارة العامة و المقاولات

JASMINE INTERNATIONAL GEN. TRADING & CONTRACTING CO. W.L.L.

Company

# DAILY LOG SHEET FOR PORT-A-JOHN
## MONTH OF JANUARY – 2006

| CONTRACT # W912D1-06-C-0007 | | | | LOCATION : Camp Arifjan | | QTY: 113 |
|---|---|---|---|---|---|---|
| **DATE** | **AM** | **PM** | **Tissues** | **Hand sanitaire** | **Ineternal cleaning** | **Inspected by :** |
| 1-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 2-Jan-06 | ✓ | ✓ | ✓ | ✓ | ✓ | Sudhi |
| 3-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 4-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 5-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 6-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 7-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 8-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 9-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 10-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 11-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 12-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 13-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 14-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 15-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 16-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 17-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 18-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 19-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 20-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 21-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 22-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 23-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 24-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 25-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 26-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 27-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 28-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 29-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 30-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |
| 31-Jan-06 | ✓ | ✓ | ✓ | X | ✓ | Sudhi |

Salmiya - Laila Tower - 14th Floor - Office: 2/3 - P.O.Box: 1377 - PostalCode: 22028 KUWAIT
Voice: +965 5711262 / 5711282 Fax: +965 5757119 E-mail: info@jasmine-services.com

شركة الياسمين الدولية للتجارة العامة والمقاولات ذ.م.م.

**Jasmine International General Trading & Contracting Co - W.L.L**

JIT Company

| Name & Address of the Contractor: | INVOICE # G-0004 | | | |
|---|---|---|---|---|
| Jasmine International Trading & Services Co.<br>Laila Tower, 14th Floor Office 3<br>P. O. Box: 1077, Salmiya – 22028, Kuwait<br>Cell: 751-8665, Fax: 575 7119 | Invoice Date: 7-Feb-06 | | | |
| Contract No. and Period of Performance: | BPA # | | Delivery Date: | |
| W912D1-06-C-0007 | BPA CALL | | 02-01-06 thru 02-06-06 | |
| Description | Quantity | Unit | Unit Price | Net Amount |
| Service of Government Owned Portable toilet Units (Port-a-Johns) at Camp Arifjan from 1 Feb 06 thru 6 Feb 06.<br><br>**113 Latrines x .800 KD x 6 days** | 113 | Ea. | .800 KD | 90.400 KD<br><br>**542.400 KD** |
| | Grand Total | | | 542.400 KD |

**Received & Accepted by:**

| Name: | | Rank: | |
|---|---|---|---|
| Unit: | | Phone #: | |
| Signature: | | Date of signature: | |

| Electronic Fund Transfer (EFT) banking information: | Name/Signature of the Contractor and Date |
|---|---|
| | Stacie L. Dansby<br>Operations Manager<br>Jasmine International<br>28 Feb 06 |

السالمية - برج ليلى - دور١٤ مكتب ٢/٣ - ص.ب. ١٠٧٧ الرمز البريدي ٢٢٠٢٨ الكويت - هاتف: ٥٧١١٢٦٢/٥٧١١٢٨٢/٥٧٥٩٨٥٩/٥٧٤٧٣٤٧/٥٧٥٧٤٤٢ (٩٦٥+) - فاكس: ٥٧٥٧١١٩ (٩٦٥+)
Salmiya - Laila Tower - 14th Floor Office: 2/3 - P.O.Box 1077 Postal Code: 22028 Kuwait - Voice: +965 5711262 / 5711282/ 5759859/5747347/5757442 - Fax: +965 5757119
E-mail: info@jasmine-services.com

www.jasmine-services.com

شركة الياسمتن الدولية للتجارة العامة و المقاولات

JASMINE INTERNATIONAL GEN. TRADING & CONTRACTING CO. W.L.L.

Company

**DAILY LOG SHEET FOR PORT-A-JOHN**
**MONTH OF FEBRUARY– 2006**

| CONTRACT # W912D1-06-C-0007 | | | | LOCATION : Camp Arifjan | | QTY: 113 |
|---|---|---|---|---|---|---|
| DATE | AM | PM | Tissues | Hand sanitaire | Ineternal cleaning | Inspected by : |
| 1-Feb-06 | ✓ | ✓ | ✓ | X | ✓ | [signature] |
| 2-Feb-06 | ✓ | ✓ | ✓ | X | ✓ | [signature] |
| 3-Feb-06 | ✓ | ✓ | ✓ | X | ✓ | [signature] |
| 4-Feb-06 | ✓ | ✓ | ✓ | X | ✓ | [signature] |
| 5-Feb-06 | ✓ | ✓ | ✓ | X | ✓ | [signature] |
| 6-Feb-06 | ✓ | ✓ | ✓ | X | ✓ | [signature] |
| 7-Feb-06 | | | | | | |
| 8-Feb-06 | | | | | | |
| 9-Feb-06 | | | | | | |
| 10-Feb-06 | | | | | | |
| 11-Feb-06 | | | | | | |
| 12-Feb-06 | | | | | | |
| 13-Feb-06 | | | | | | |
| 14-Feb-06 | | | | | | |
| 15-Feb-06 | | | | | | |
| 16-Feb-06 | | | | | | |
| 17-Feb-06 | | | | | | |
| 18-Feb-06 | | | | | | |
| 19-Feb-06 | | | | | | |
| 20-Feb-06 | | | | | | |
| 21-Feb-06 | | | | | | |
| 22-Feb-06 | | | | | | |
| 23-Feb-06 | | | | | | |
| 24-Feb-06 | | | | | | |
| 25-Feb-06 | | | | | | |
| 26-Feb-06 | | | | | | |
| 27-Feb-06 | | | | | | |
| 28-Feb-06 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Salmiya - Laila Tower - 14th Floor - Office: 2/3 - P.O.Box: 1077 - PostalCode: 22028 KUWAIT
Voice: +965 5711262 / 5711282 Fax: +965 5757119 E-mail: info@jasmine-services.com

شركة الياسمتن الدولية للتجارة العامة والمقاولات

Jasmine International Gen. Trading & Contracting Co. W.L.L.

JIT Company

Jasmine International Trading & Services Co. W.L.L
Salmiya-Laila Tower-14th Floor Office: 2/3-POBox 1077
Postal Code: 22028 Kuwait
Voice: +965 5711262/5711282
Fax: +965 5757119

Re: Transmittal Summary Letter
Claim for Compensation for Services Rendered /Contract # W912D1-06-C-0007

MAJ Momon,

Sir, the purpose of this letter is to provide the US Army Central Command-KU Directorate of Contracting with information necessary for Jasmine International to receive just compensation for services rendered on contract W912D1-06-C-0007 due to lack of proper documentation on the behalf of the government.

This I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Adjustment Amount: 8859.200 KD
Contract Number: W912D1-06-C-0007

Request for a quote was verbally given to JIT on 10-23-2005 by the COR from the DOL's office. October 31, 2005 the government accepts a bid from Jasmine for service for an additional 113 GO Latrines (ENCL#0). On 11-8-05 Jasmine then received a NTP via e-mail giving Jasmine the authority to begin the service for an additional 113 Government Owned Latrines (ENCL #2). The e-mail clearly states for JIT to proceed with the work and to use the current contract number that Jasmine was using which was W912D1-06-C-0007 (Cleaning & Services of 617 ILU Latrines). Jasmine was told on several occasions that the proper paperwork concerning the additional 113 latrines that were being serviced would be issued shortly. JIT never did receive any amendments to contract W912D1-06-C-0007, and later experienced invoicing problems with ARCENT-KU finance department, which then led to non-payment for services. Inspite of invoicing problems, JIT decided to continue to perform the same scope of work stated in contract W912D1-06-C-0007 for the additional 113 Latrines.

شركة الياسمتن الدولية للتجارة العامة والمقاولات

Jasmine International Gen. Trading & Contracting Co. W.L.L.

JIT Company

Jasmine proceeded to perform services, trusting that the issue at hand would be resolved at a later date as promised by the COR. Due to lack of responsibility on the behalf of the COR, the issue was not resolved in a timely manner, and the COR made transit from Camp Arifjan. This issue had now become an on going issue; it was then passed to another COR, who was not given all the details regarding the additional 113. Because of this, the new COR has very little knowledge of what transpired before he took over. With that being said, the new COR will not sign any invoices that he has little or no knowledge of, which is totally understandable. Jasmine was ask to perform a service for the government and did so with no hesitation what so ever! Jasmine does not provide free services of any such, therefore would like to be compensated for services that were rendered. Jasmine International Trading & Services Co. W.L.L. is seeking payment for services rendered from November 05 until February 06 in the amount of 8859.200 KD.

Supporting Documents

ENCL#0 Copy of e-mail from COR accepting quote for additional 113 latrines
ENCL#1 Copy of contract W12D1-06-C-0007
ENCL#2 NTP- e-mail giving JIT confirmation to proceed with the additional 113 services
ENCL#3 E-mail's sent to COR requesting meeting to resolve invoice issues pertaining to the matter
ENCL#4 Copy of Invoices for four months of services rendered to the additional 113 latrines

Cost Breakdown

Quantity x Unit Price x the Amount of Days= Net Amount

| Example | Quantity | Unit | Unit Price | Net Amount |
|---|---|---|---|---|
| | 113 | Ea. | .800KD | 90.400KD |
| 113 Latrines x .800KD x 31 days | | | | 2802.400KD |

Salmiya - Laila Tower - 14th Floor - Office: 2/3 - P.O.Box: 1077 - PostalCode: 22028 KUWAIT
Voice: +965 5711262 / 5711 mail: info@jasmine-services.com

شركة الياسمتن الدولية للتجارة العامة و المقاولات

Jasmine International Gen. Trading & Contracting Co. W.L.L.

JiT Company

**Company Information**

Jasmine International Trading and Service Co. W.L.L
Duns# 53515-1054, NCAGE CODE# SK 726
Salem Al Mubarek St.
Laila Towers, 14th Floor Office 3
Salmiya, Kuwait 22028

**Bank and EFT Information**

Bank Name: National Bank of Kuwait--- Doha Branch
Account Name: Jasmine International Trading & Services
Bank Account Number:
Swift Code: NBOK-KWKW
Contact Name: Ms. Kausar +965 4864931 fax: +965 4874696

**Acronyms**

| | |
|---|---|
| US | United States |
| JIT | Jasmine International Trading Co. |
| KU | Kuwait |
| NTP | Notice to Proceed |
| DOL's | Director of Logistics |
| GO | Government Owned |
| COR | Contracting Officer Representative |

Regards,
Stacie

Stacie Dansby
Operations Manager
Jasmine International Trading Co.
Salmiya,Kuwait-Laila Tower-14th Floor
Phone: +965 5711262
Fax: +965 5757119
Cell: +965 7220694
E-Mail: stacie@jasmine-services.com
URL: www.jasmine-services.com