ORIGINAL

FILED
MAR 13 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JASMINE INTERNATIONAL TRADING & SERVICES, CO. W.L.L., Plaintiff, vs. THE UNITED STATES OF AMERICA, Defendant. | No. 08-164 C<br>Judge: ________<br>**PLAINTIFF'S DISCLOSURE STATEMENT** |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS**

Plaintiff Jasmine International Trading & Services, Co. W.L.L., ("Jasmine"), hereby submits this disclosure statement pursuant to Rule 7.1. of the Rules of the United States Court of Federal Claims:

Jasmine is not a wholly owned subsidiary nor does any publicly held company own 10% or more of its stock.

DATED: March 12, 2008

DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP

By Judy M. Lam [signature]

Judy M. Lam
Dreier Stein Kahan Browne Woods George LLP
1620 26th Street, Sixth Floor, North Tower
Santa Monica, CA 90404
Telephone: 310/828-9050
Facsimile: 310/828-9101
Attorneys for Plaintiff
JASMINE INTERNATIONAL TRADING & SERVICES, CO. W.L.L.