IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JASMINE INTERNATIONAL<br>TRADING & SERVICES, CO. W.L.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-164C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Roger A. Hipp, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Roger A. Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 10112
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-3091
Facsimile: (202) 514-8640
E-mail: Roger.Hipp@usdoj.gov

Dated: March 27, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of March, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp