IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JASMINE INTERNATIONAL<br>TRADING & SERVICES, CO. W.L.L.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08-164C<br>(Judge Williams) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 45-day enlargement of time, to and including June 26, 2008, within which to file its response to the amended complaint. Our response is currently due on May 12, 2008. This is defendant's first request for an enlargement of time. We have attempted to reach plaintiff's counsel by telephone to determine whether plaintiff will oppose this motion, but have not succeeded in reaching plaintiff's counsel.

Upon receipt of the complaint, defendant promptly sent a copy to the Department of the Army (the "Army") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] To date, Army counsel has not organized all records relating to this claim. The requested enlargement of time is required so that Army counsel may have sufficient time to obtain the relevant information needed to prepare the requested litigation report

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint. Upon receipt of the litigation report, we will need time to review the documents, analyze the issues raised by the complaint, and prepare a response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

May 8, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on the 8th day of May, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp