# In the United States Court of Federal Claims

**No. 08-164C**
**(Filed: May 9, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**JASMINE INTERNATIONAL** *
**TRADING & SERVICES, CO. W.L.L.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

---

On May 8, 2008, Defendant filed a motion for an enlargement of time of 45 days, to and including **June 26, 2008**, within which to file its response to the complaint. Good cause having been shown, this motion is **GRANTED** .

Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**