IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JASMINE INTERNATIONAL TRADING & SERVICES, CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-164C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 28-day enlargement of time, to and including July 24, 2008, within which to file its response to the amended complaint. Our response is currently due on June 26, 2008. This is defendant's second request for an enlargement of time. We previously obtained one enlargement of 45 days. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

We request this enlargement so that the interested agency, the Department of the Army ("Army") may have additional time to complete its litigation report. Upon receipt of the complaint, defendant promptly sent a copy to the Department of the Army (the "Army") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Army counsel has prepared and delivered a partial litigation report. However, to date,

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

Army counsel has not organized all records relating to this claim. The requested enlargement of time is required so that Army counsel may have sufficient time to complete and deliver the requested litigation report and suggested response to the complaint. Upon receipt of the litigation report, we will need time to review the documents, analyze the issues raised by the complaint, and prepare a response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

June 25, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp