# In the United States Court of Federal Claims

**No. 08-164C**
**(Filed: June 26, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JASMINE INTERNATIONAL TRADING & SERVICES, CO. W.L.L.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On June 25, 2008, Defendant filed an unopposed motion for an enlargement of time of 28 days, to and including **July 24, 2008**, within which to file its response to the amended complaint. Good cause having been shown, this motion is **GRANTED** .

Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**