IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JASMINE INTERNATIONAL TRADING AND SERVICES CO, W.L.L. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 008-164 (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 37 days, to and including August 29, 2008, within which to respond to plaintiff's complaint. Our response presently is due on July 24, 2008. This is our third request for an enlargement of time for this purpose. Plaintiff has been contacted and does not oppose this request for an enlargement of time.

Defendant has identified what it believes to be a jurisdictional defect in plaintiff's complaint. Defendant's counsel has consulted with plaintiff's counsel, and plaintiff's counsel has requested that defendant seek an enlargement of time so that plaintiff's counsel might have time to more closely examine the issue and consider the appropriate course of action.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

July 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of February 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler