# In the United States Court of Federal Claims

**No. 08-164C**
**(Filed: July 29, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **JASMINE INTERNATIONAL** | * |
| **TRADING & SERVICES CO., W.L.L.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On July 24, 2008, Defendant filed an unopposed motion for an enlargement of time of 37 days, to and including **August 29, 2008**, within which to file its response to the amended complaint. Good cause having been shown, this motion is **GRANTED**.

Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**