IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JASMINE INTERNATIONAL TRADING AND SERVICES CO, W.L.L. | ) | |
| Plaintiff, | ) | No. 08-164 |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims (“RCFC”), defendant requests an enlargement of time of 31 days, to and including September 29, 2008, within which to respond to plaintiff’s complaint. Our response presently is due on August 29, 2008. This is our fourth request for an enlargement of time for this purpose. Plaintiff has been contacted and does not oppose this request for an enlargement of time.

In our July 22, 2008 motion for enlargement of time, we informed the Court that defendant had identified what it believes to be a jurisdictional defect in plaintiff’s complaint. Defendant further informed the Court that defendant’s counsel had consulted with plaintiff’s counsel, and plaintiff’s counsel had requested that defendant seek an enlargement of time so that plaintiff’s counsel might have time to more closely examine the issue and consider the appropriate course of action. The Court granted our motion on July 29, 2008.

Plaintiff’s counsel is currently considering the issue, and

requires additional time to confer with her client about the appropriate next steps. Plaintiff has therefore requested that the defendant seek this extension of the due date for filing its response to the complaint.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

August 29, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of August 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler