# In the United States Court of Federal Claims

**No. 08-164C**
**(Filed: September 2, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JASMINE INTERNATIONAL TRADING & SERVICES CO., W.L.L.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On August 29, 2008, Defendant filed an unopposed motion for an enlargement of time of 31 days, to and including **September 29, 2008**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**